UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SHERRY DELANE STRUNK,** | ) | CASE NO. 1:22CV243 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | OPINION AND ORDER |
| **ACTING COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

On February 12, 2022, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g). (Doc. 1.) The Court referred this matter to a Magistrate Judge pursuant to Local Rule 72.2. On October 21, 2022, the Magistrate Judge recommended that the Court affirm the Commissioner's final decision denying Plaintiff's application for Supplemental Security Income under Titles XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1381 *et seq*. (Doc. 11.) No party has filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. Fed. R. Civ. P. 72(b). No party has timely filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), aff'd 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985); *Howard v. Sec'y*

*of Health & Human Serv.,* 932 F.2d 505 (6th Cir. 1991); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

Therefore, the Magistrate Judge's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

/s Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: January 25, 2023**